In re:                                                                                           Case No. 24-00334-SHG
GRACE NICOLE SOTO                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-4                               User: admin                                          Page 1 of 3
Date Rcvd: May 15, 2024                       Form ID: nch13pln                               Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GRACE NICOLE SOTO, 1508 W. DELAWARE ST., TUCSON, AZ 85745-2304 |
| cr | + | PIMA COUNTY, C/O PIMA COUNTY ATTORNEY'S OFFICE, 32 N. STONE AVE., STE. 2100, TUCSON, AZ 85701-1418 |
| 17167848 | | ALLY FINANCIAL, INC., ATTN: BANKRUPTCY, ALLY FINANCIAL, INC., DETROIT MI 48226 |
| 17167849 | + | BAKEMARK, PO BOX 37, PICO RIVERA CA 90660-0037 |
| 17167855 | + | CURE PAYMENT RECOVERY SOLUTIONS, LLC, PO BOX 873, MANORVILLE NY 11949-0873 |
| 17173488 | + | CenturyTel Service Group, LLC dba CenturyLink, Centurylink, Inc, 1025 El Dorado Blvd. (Attn: Legal-BKY), Broomfield, CO 80021-8249 |
| 17167860 | + | LAW OFFICE OF ETHAN STEELE. P.C., P.O. BOX 42977, TUCSON AZ 85733-2977 |
| 17167861 | + | LOUIS A. BANKS AND EDDICE CORNELIUS, C/O FIDELITY NATIONAL TITLE, 6245 E. BROADWAY #180, TUCSON AZ 85711-4017 |
| 17177592 | + | Pima County, Arizona, c/o Pima County Attorney - Civil, 32 N. Stone Avenue, Suite 2100, Tucson, AZ 85701-1416 |
| 17257132 | | Select Portfolio Servicing, Inc., Seventh Floor Camelback Esplanade II, 2525 E. Camelback Rd, Phoenix, AZ 85016 |
| 17167866 | + | TITLE MAX, 1201 W. ST. MARY'S RD., TUCSON AZ 85745-3167 |
| 17167867 | + | UHAUL MOVING AND STORAGE OF DOWNTOWN TUC, 450 N FREEWAY, TUCSON AZ 85745-8201 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | May 15 2024 22:37:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17167846 | + | Email/Text: bankruptcynotices@azdor.gov | May 15 2024 22:37:00 | ARIZONA DEPARTMENT OF REVENUE, COLLECTIONS DIVISION, 1600 WEST MONROE, PHOENIX AZ 85007-2612 |
| 17177512 | + | Email/Text: bankruptcynotices@azdor.gov | May 15 2024 22:37:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General -, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 17214187 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 15 2024 22:49:46 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17167850 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 22:49:33 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 17167851 | | Email/Text: bmg.bankruptcy@centurylink.com | May 15 2024 22:38:00 | CENTURY LINK, PO BOX 4300, CAROL STREAM IL 60197-4300 |
| 17167852 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 22:37:00 | COMENITY/BURLINGTON, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS OH 43218-2125 |
| 17167853 | + | Email/Text: EBN@thecmigroup.com | May 15 2024 22:36:00 | CREDIT MANAGEMENT, LP, ATTN: BANKRUPTCY, 6080 TENNYSON PARKWAY, SUITE 100, PLANO TX 75024-6002 |
| 17167854 | + | Email/PDF: creditonebknotifications@resurgent.com | May 15 2024 22:49:40 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS NV 89113-2273 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 17172127 | | Email/Text: G06041@att.com | May 15 2024 22:38:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 17167856 | + | Email/Text: bankruptcy@emeraldar.com | May 15 2024 22:37:00 | EMERALD AR SYSTEMS, ATTN: BANKRUPTCY, 3636 NORTH CENTRAL AVE, STE 650, PHOENIX AZ 85012-1968 |
| 17210411 | + | Email/Text: hchorost@me.com | May 15 2024 22:38:00 | Eddice M. Cornelius & Louis A. Banks Trusts, c/o Howard A. Chorost, P.C., 21 E. Speedway Blvd, Tucson, AZ 85705-7714 |
| 17167857 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 15 2024 22:38:00 | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON OR 97076-4401 |
| 17167847 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 22:37:00 | INTERNAL REVENUE SERVICE, 210 E EARLL, STOP 5014PX, PHOENIX AZ 85012 |
| 17167858 | + | Email/Text: bankruptcy@kikoff.com | May 15 2024 22:37:00 | KIKOFF LENDING, ATTN: BANKRUPTCY, 75 BROADWAY, STE 226, SAN FRANCISCO CA 94111-1458 |
| 17167862 | + | Email/Text: jlothrop@macu.com | May 15 2024 22:37:00 | Mountain America Credit Union, Attn: Asset Management/Bankruptcy, PO Box 2331, Sandy, UT 84091-2331 |
| 17167863 | + | Email/Text: mtgbk@shellpointmtg.com | May 15 2024 22:37:00 | NEWREZ, LLC, 2100 E ELLIOT RD STE A,, TEMPE AZ 85284-1806 |
| 17172741 | + | Email/Text: bankruptcylegal@lumen.com | May 15 2024 22:37:00 | Qwest Corporation dba CenturyLink QC, Centurylink, Inc, 1025 El Dorado Blvd. (Attn: Legal-BKY), Broomfield, CO 80021 |
| 17167864 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 15 2024 22:38:00 | SELECT PORTFOLIO SERVICING, INC., PO BOX 65250, SALT LAKE CITY UT 84165-0250 |
| 17167865 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 22:49:57 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO FL 32896-5060 |
| 17202091 | + | Email/Text: BankruptcyNotices@ccfi.com | May 15 2024 22:38:00 | TitleMax of Arizona, Inc., 15 Bull Street, Suite 200, Savannah, GA 31401-2686 |
| 17203914 | | Email/Text: BKEBN-Notifications@ocwen.com | May 15 2024 22:37:00 | U.S. Bank National Association, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 17175973 | + | Email/Text: ecfbnc@aldridgepite.com | May 15 2024 22:37:00 | U.S. Bank National Association et. al., c/o ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 17167868 | + | Email/Text: admin@rsgcollect.com | May 15 2024 22:37:00 | VADAR MOUNTAIN FUNDING, C/O RECOVERY SOLUTIONS GROUP LLC, 1008 MATTLIND WAY, MILFORD DE 19963-5300 |
| 17167869 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 15 2024 22:36:00 | VERIZON WIRELESS, ATTN: BANKRUPTCY, 500 TECHNOLOGY DR, STE 599, WELDON SPRINGS MO 63304-2225 |
| 17216721 | | Email/PDF: ebn_ais@aisinfo.com | May 15 2024 22:49:42 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Eddice M. Cornelius, Trustee Eddice M. Cornelius T |
| cr | | Select Portfolio Servicing, Inc. |
| cr | | U.S. Bank National Association, as Trustee, for th |

| | | |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 17167859 | *+ | KIKOFF LENDING LLC, ATTN: BANKRUPTCY, 75 BROADWAY SUITE 226, SAN FRANCISCO CA 94111-1458 |
| 17177619 | *+ | Pima County, Arizona, c/o Pima County Attorney - CIVIL, 32 N. Stone Avenue, Suite 2100, Tucson, AZ 85701-1416 |
| 17192569 | *+ | Pima County, Arizona, c/o Pima County Attorney- Civil, 32 N. Stone Ave., Suite 2100, Tucson, AZ 85701-1416 |

TOTAL: 3 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DIANNE C. KERNS | mail@dcktrustee.com  ecf@dcktrustee.com,dckerns@dcktrustee.com |
| EDWARD M. BURR, JR | on behalf of Trustee EDWARD M. BURR JR Ted@MacRestructuring.com |
| HOWARD A. CHOROST | on behalf of Creditor Eddice M. Cornelius Trustee Eddice M. Cornelius Trust and Louis A. Banks, Trustee Louis A. Banks Trust hchorost@me.com |
| JANET MARIE SPEARS | on behalf of Creditor U.S. Bank National Association as Trustee, for the C-BASS Mortgage Loan AssetBacked Certificates, Series 2007-CB1 ecfazb@aldridgepite.com, JSpears@ecf.courtdrive.com |
| JODY A. CORRALES | on behalf of Debtor GRACE NICOLE SOTO jcorrales@dmyl.com  Tmaloney@dmyl.com,lvaubel@dmyl.com |
| James William Rappaport | on behalf of Creditor PIMA COUNTY James.Rappaport@pcao.pima.gov  pcaocvbk@pcao.pima.gov |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor Select Portfolio Servicing Inc. ecf@tblaw.com |
| RENEE SANDLER SHAMBLIN | on behalf of U.S. Trustee U.S. TRUSTEE renee.s.shamblin@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                Case No.: 4:24−bk−00334−SHG

GRACE NICOLE SOTO                                     Chapter: 13
1508 W. DELAWARE ST.
TUCSON, AZ 85745
SSAN: xxx−xx−9575
EIN:

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan. Pursuant to Local Rules 2084−9 and 2084−10, plan confirmation is governed by the following procedures:

1. Any objection by a creditor to the plan must be in writing and filed within the Bankruptcy Court, and copies served on the following parties, no later than 14 days after the original date set for the meeting of creditors, or any continuance thereof, or reinstatement of the case, or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701−1704 |
| Address of Trustee | DIANNE C. KERNS<br>31 N. 6TH AVENUE<br>#105−152<br>TUCSON, AZ 85701 |
| Address of Debtor(s) | GRACE NICOLE SOTO<br>1508 W. DELAWARE ST.<br>TUCSON, AZ 85745 |
| Address of Debtor(s) Attorney | JODY A. CORRALES<br>DECONCINI MCDONALD YETWIN & LACY P.C.<br>2525 E. BROADWAY BLVD., SUITE 200<br>TUCSON, AZ 85716 |

− − − NOTICE CONTINUES ON NEXT PAGE − − −

2. The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3. If creditors file no objections and the Trustee recommends confirmation, the Court may confirm the Plan without a hearing.

4. If a creditor files an objection and/or the Trustee does not recommend confirmation, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5. **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

Date: May 15, 2024

Address of the Bankruptcy Clerk's Office:  
U.S. Bankruptcy Court, Arizona  
38 S. Scott Avenue  
Tucson, AZ 85701−1704  
Telephone number: (520) 202−7500  
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White−Thomas